1  BENJAMIN B. WAGNER
   United States Attorney
2  AUDREY B. HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone:  (916) 554-2729

5  Attorneys for Defendants

6

7            **IN THE UNITED STATES DISTRICT COURT FOR THE**
             **EASTERN DISTRICT OF CALIFORNIA**
8

9  HUELLA WILBON,                    )    No. 2:13-cv-162 WBS GGH
                                     )
10                                   )    JOINT STIPULATION AND [~~PROPOSED~~]
          Plaintiff,                 )    ORDER RE: DISMISSAL.
11                                   )
       v.                            )
12                                   )
   Eric H. Holder, Jr., et al.       )
13                                   )
          Defendants.                )
14  _____)

15      This is an immigration case in which plaintiff challenged the denial of an I-130 visa petition

16  by the Board of Immigration Appeals.  Since the filing of this lawsuit, the parties have agreed to

17  the administrative reopening of the matter by the Board of Immigration Appeals.

18      The purpose of the reopening is to ensure compliance with 8 C.F.R. § 1003.5(b).  Upon

19  administrative reopening, United States Citizenship and Immigration Services will create a new

20  Record of Proceedings in accordance with 8 C.F.R. § 1003.5(b).  United States Citizenship and

21  Immigration Services will maintain a paginated copy of the Record of Proceedings after the

22  issuance of a new decision by the Board of Immigration Appeals.

23      Because the decision of the Board of Immigration Appeals is in the process of being

24  administratively reopened, there is no longer a final agency order available for review under the

25  Administrative Procedure Act.  The parties therefore stipulate to dismissal of this action, each

26  side to bear its own costs of litigation.

27

28

1  DATED: July 18, 2013                    Respectfully submitted,
                                           BENJAMIN B. WAGNER
2                                          United States Attorney

3                                           _/s/ Audrey B. Hemesath_____
                                           Audrey B. Hemesath
4                                          Assistant U.S. Attorney

5                                          /s/ Fernanda Pereira
                                           Fernanda Pereira
6                                          Attorney for Plaintiffs

7

8

9

10

11

12                                  ORDER

13

14      Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY

15  ORDERED the case is dismissed.

16      IT IS SO ORDERED.

17  DATED:  July 23, 2013

18

19  _____

20  WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28