1  BENJAMIN B. WAGNER
   United States Attorney
2  AUDREY B. HEMESATH
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, California 95814
4  Telephone: (916) 554-2729

5  Attorneys for Defendants

6

7  **IN THE UNITED STATES DISTRICT COURT FOR THE
   EASTERN DISTRICT OF CALIFORNIA**
8

9  HUELLA WILBON,                )   No. 2:13-cv-162 WBS GGH
                                 )
10                               )   JOINT STIPULATION AND [PROPOSED]
            Plaintiff,           )   ORDER RE: DISMISSAL.
11                               )
        v.                       )
12                               )
   Eric H. Holder, Jr., et al.   )
13                               )
            Defendants.          )
14 _____)

15     This is an immigration case in which plaintiff challenged the denial of an I-130 visa petition

16 by the Board of Immigration Appeals.  Since the filing of this lawsuit, the parties have agreed to

17 the administrative reopening of the matter by the Board of Immigration Appeals.

18     The purpose of the reopening is to ensure compliance with 8 C.F.R. § 1003.5(b).  Upon

19 administrative reopening, United States Citizenship and Immigration Services will create a new

20 Record of Proceedings in accordance with 8 C.F.R. § 1003.5(b).  United States Citizenship and

21 Immigration Services will maintain a paginated copy of the Record of Proceedings after the

22 issuance of a new decision by the Board of Immigration Appeals.

23     Because the decision of the Board of Immigration Appeals is in the process of being

24 administratively reopened, there is no longer a final agency order available for review under the

25 Administrative Procedure Act.  The parties therefore stipulate to dismissal of this action, each

26 side to bear its own costs of litigation.

27

28

| | | |
|---|---|---|
| 1 | DATED: July 18, 2013 | Respectfully submitted,<br>BENJAMIN B. WAGNER |
| 2 | | United States Attorney |
| 3 | | /s/ Audrey B. Hemesath<br>Audrey B. Hemesath |
| 4 | | Assistant U.S. Attorney |
| 5 | | /s/ Fernanda Pereira<br>Fernanda Pereira |
| 6 | | Attorney for Plaintiffs |

<u>ORDER</u>

Pursuant to this Joint Stipulation and for the reasons stated therein, IT IS HEREBY ORDERED the case is dismissed.

IT IS SO ORDERED.

DATED: July 23, 2013

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

-2-